# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Regina M. Dreher aka Regina Marie Helen<br>Dreher aka Regina Dreher<br>　　　　　　　Debtor | BK NO. 18-03124 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

                           Respectfully submitted,

                           **/s/ James C. Warmbrodt, Esquire**
                           James C. Warmbrodt, Esquire
                           Attorney ID: 242524
                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA  19106
                           215-627-1322