```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-03124-JJT
Regina M Dreher                                                     Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-5         User: LyndseyPr              Page 1 of 1           Date Rcvd: Aug 29, 2018
                             Form ID: ntcnfhrg            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db             +Regina M Dreher,    312 North 3rd Street,    Lehighton, PA 18235-1423
5088979       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
5099178        +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
5088978        +Berkheimer Tax Administrator,    50 North 7th Street,    Bangor, PA 18013-1731
5088980        +Blue Ridge Communications,    613 3rd St,    Palmerton, PA 18071-1520
5088981        +Borough of Lehigton,    1 Constitution Avenue,    Lehighton, PA 18235-2088
5088982        +Donegal Insurance,    1195 River Rd,    Marietta, PA 17547-1638
5088983        +First Commonwealth Fcu,    257 Brodhead Rd,    Bethlehem, PA 18017-8938
5088984        +Global Payments Check,    Po Box 59371,    Chicago, IL 60659-0371
5088985        +Hamilton Law Group,    Po Box 90301,    Allentown, PA 18109-0301
5088986        +Lehighton Area School District,    171 S 4th Street,    Lehighton, PA 18235-2035
5088987         PNC,   300 Fifth Avenue. The Tower at PNC Plaza,    Pittsburgh, PA 15222
5088988        +Pennymac Loan Services,    6101 Condor Dr,    Moorpark, CA 93021-2602
5088991        +UGI,   P.O. Box 15503,    Wilmington, DE 19886-0001
5088993         Wells Fargo,    Credit Bureau Dispute Resoluti Po Box 14,    Des Moines, IA 50306
5088992        +Wells Fargo,    Po Box 5156,    Sioux Falls, SD 57117-5156
5100646         Wells Fargo Bank, N.A.,     Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5088977        +E-mail/Text: bankruptcy@ldf-holdings.com Aug 29 2018 19:17:10      Amplify Funding,    PO Box 542,
                 Lac Du Flambeau, WI 54538-0542
5093981         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 19:16:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
5088989        +E-mail/Text: bankruptcy@ldf-holdings.com Aug 29 2018 19:17:08      Radiant Cash,    P.O Box 1183,
                 Lac Du Flambeau, WI 54538-1183
5088990         E-mail/Text: bankruptcy@td.com Aug 29 2018 19:16:48      TD Bank,    1701 Marlton Pike E,
                 Cherry Hill, NJ 08034
5091631         E-mail/Text: bkrcy@ugi.com Aug 29 2018 19:17:07      UGI Utilities Inc,    PO Box 13009,
                 Reading PA 19612
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Patrick James Best    on behalf of Debtor 1 Regina M Dreher patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Regina M Dreher,<br>aka Regina Marie Helen Dreher, aka Regina Dreher,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:18−bk−03124−JJT |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 9, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 16, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 29, 2018 |

ntcnfhrg (03/18)