## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DREHER, REGINA M : CHAPTER 13
:
: CASE NO. 18-3124
Debtor

### CERTIFICATION OF NO PAYMENT ADVICES

Debtor states as follows:

Debtor, Regina M Dreher is not currently employed and therefore the Debtor does not receive traditional employment payment advices.

Date: September, 17 2018 /s/ Patrick J. Best
Patrick J. Best, Esq.
PA ID: 309732
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Facsimile: 484.544.8625
patrick@armlaywers.com