# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Dreher, Regina M : CHAPTER 13
:
: CASE NO. 18-03124

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Kate Best of ARM Lawyers, do hereby certify that a true and correct copy of the First Amended Chapter 13 Plan and Notice of Amended Chapter 13 Plan were served upon:

Donna LoStocco, CEO
First Commonwealth FCU
257 Brodhead Road
Bethlehem, PA 18017

By First Class Mail, on December 12, 2018

Date: December 12, 2018 /s/ Kate Best
Kate Best
Paralegal
ARM Lawyers