**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: REGINA DREHER   :    CHAPTER 13
           :
           :
      Debtor.  :  CASE No 5:18-bk-03124-JJT

**AMENDED REQUEST FOR PAYMENT OF**
**CHAPTER 13 COMPENSATION AND EXPENSES**

<u>Instructions</u>: Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court Order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| | |
|---|---|
| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
| 1. Amount agreed to by Debtor | $4,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 0.00 |
| 3. Balance of compensation to be paid through plan distribution | $ 4,000.00 |
| 4. Expenses advanced to be paid through plan distributions: (Describe expense and | $ 136.01 |
| 5. amount) (service costs for amended plan) | |

| | |
|---|---|
| B. Compensation and reimbursement of expenses allowed upon application and order under L.B.R. 2016-2(a) | |
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ |
| 5. Compensation and expenses approved by the Court to be paid through plan distributions less balance in client trust account | $ |

| | |
|---|---|
| C. The undersigned hereby requests payment through the Plan for compensation and reimbursement of expenses under 11 U.S.C. §503(b)(2) in the following amount based on the information above: | **$4,136.01** |

Dated: February 22, 2019     /s/ Patrick J. Best
               Patrick J. Best, Esq.
               ARM Lawyers
               18 N 8th Street
               Stroudsburg, PA 18360
               Attorney for Debtor