## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    REGINA M DREHER
          AKA: REGINA DREHER, REGINA MARIE
          HELEN DREHER

          Debtor(s)

                                          CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant                CASE NO: 5-18-03124-RNO

          vs.

          REGINA M DREHER
          AKA: REGINA DREHER, REGINA MARIE
          HELEN DREHER

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on October 23, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                    Respectfully submitted,

                    s/   Charles J. DeHart, III
                    Charles J. DeHart, III, Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA  17036
                    Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    REGINA M DREHER
          AKA: REGINA DREHER, REGINA
          MARIE HELEN DREHER          CHAPTER 13

              Debtor(s)

          CHARLES J. DEHART, III          CASE NO: 5-18-03124-RNO
          CHAPTER 13 TRUSTEE
              Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
| --- | --- |
| November 22, 2019 at 9:00 am | November 22, 2019 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 400.00**
**AMOUNT DUE FOR THIS MONTH: $200.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $600.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  October 23, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    REGINA M DREHER
             AKA: REGINA DREHER, REGINA
             MARIE HELEN DREHER            CHAPTER 13

                 Debtor(s)

             CHARLES J. DEHART, III       CASE NO: 5-18-03124-RNO
             CHAPTER 13 TRUSTEE
                Movant

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am more than 18 years of age and that on October 23, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

PATRICK J BEST, ESQUIRE             Served electronically
ANDERS RIEGEL & MASINGTON
18 N 8TH STREET
STROUDSBURG, PA  18360-


REGINA M DREHER                  Served by 1st Class Mail
312 NORTH 3RD STREET
LEHIGHTON, PA  18235


United States Trustee
228 Walnut Street
Suite 1190                        Served electronically
Harrisburg, PA  17101


I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 23, 2019          <u>Liz Joyce</u>
                           for Charles J. DeHart, III, Trustee
                           Suite A, 8125 Adams Dr.
                           Hummelstown, PA  17036
                           Phone:  (717) 566-6097
                           eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    REGINA M DREHER
            AKA: REGINA DREHER, REGINA
            MARIE HELEN DREHER

                                   CHAPTER 13

          Debtor(s)

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
                   Movant                  CASE NO: 5-18-03124-RNO

        vs.

            REGINA M DREHER              MOTION TO DISMISS
            AKA: REGINA DREHER, REGINA
            MARIE HELEN DREHER

**<u>ORDER DISMSSING CASE</u>**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.