IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Dreher Regina M, | : | Bankruptcy No.: 18-03124-RNO |
| | : | |
| Debtor. | : | CHAPTER 13 |

## CHANGE OF ADDRESS

TO THE CLERK OF COURTS FOR THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:

Please be advised that Debtor, Regina M Dreher, has changed her address as follows:

Old address: 312 North 3rd Street
Lehighton, PA 18235

New address: 110 Fairyland Road
Lehighton, PA 18235

Dated: July 7, 2020

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Facsimile: 484.544.8625
Attorney for Debtor