Certificate Number: 15111-PAM-DE-035713588

Bankruptcy Case Number: 18-03124



15111-PAM-DE-035713588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2021, at 12:00 o'clock AM EDT, Regina M Dreher completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 28, 2021

By: /s/Maan Arriane Vendiola for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education