IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Regina M. Dreher aka Regina Marie Helen Dreher aka Regina Dreher**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 18-03124 MJC**<br><br>**Chapter 13** |
| **PennyMac Loan Services, LLC**<br>　　　　　　　　　　**Movant**<br>**vs.** | |
| **Regina M. Dreher aka Regina Marie Helen Dreher aka Regina Dreher**<br>　　　　　　　　　　**Debtor(s)** | |
| **Jack N. Zaharopoulos**<br>　　　　　　　　　　**Trustee** | |

## PENNYMAC LOAN SERVICES, LLC'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor PennyMac Loan Services, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 2 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 12/01/2021 through 01/31/2022. Creditor holds a secured interest in real property commonly known as 312 North 3rd Street Lehighton, PA 18235 as evidenced by claim number 10 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 02/01/2022, and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

In the event it is not the intent of the Debtor to extend the COVID-19 forbearance period, upon receipt of notification from the Debtor or Debtor's counsel, the forbearance extension will be cancelled and this notice will be withdrawn.

Respectfully Submitted,

/s/*Rebecca A. Solarz, Esquire*
Rebecca A. Solarz, Esquire
*Attorney for Creditor*