IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Regina M. Dreher aka Regina Marie Helen Dreher aka Regina Dreher<br>Debtor(s)<br><br>PennyMac Loan Services, LLC<br>Movant<br>vs.<br><br>Regina M. Dreher aka Regina Marie Helen Dreher aka Regina Dreher<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | BK NO. 18-03124 MJC<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
### NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 30, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Regina M. Dreher aka Regina Marie Helen Dreher
aka Regina Dreher
110 Fairyland Road
Lehighton, PA 18235

Attorney for Debtor(s)
Patrick James Best, ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>November 30, 2021</u>

/s/Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com