# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Regina M. Dreher aka Regina Marie Helen Dreher aka Regina Dreher**<br>Debtor(s)<br><br>**PennyMac Loan Services, LLC**<br>Movant<br><br>vs.<br><br>**Regina M. Dreher aka Regina Marie Helen Dreher aka Regina Dreher**<br>Debtor(s)<br><br>**Jack N. Zaharopoulos,**<br>Trustee | **BK NO. 18-03124 MJC**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 07, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Regina M. Dreher aka Regina Marie Helen Dreher
aka Regina Dreher
110 Fairyland Road
Lehighton, PA 18235

<u>Attorney for Debtor(s)</u>
Patrick James Best, ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>April 07, 2022</u>

                                                                                                                    **/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com