UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 18-03124 (MJC) |
| Regina M. Dreher, : | |
| : | Chapter 13 |
| Debtor : | |
| Regina M. Dreher, : | |
| : | |
| Movant, : | |
| v. : | |
| : | |
| PennyMac Loan Services, LLC : | |
| : | |
| Respondent. : | |

**NOTICE OF APPEARANCE**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Blank Rome LLP, through its undersigned member, hereby gives notice of its appearance in this case on behalf of PennyMac Loan Services, LLC ("PMC"), and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices Under Bankruptcy Rule 2002(i) that, but for this request, would be provided only to a committee appointed pursuant to the Bankruptcy Code or their authorized agents, be given to PMC's attorney at the following address:

Francis X. Crowley, Esquire47<br>
Blank Rome LLP<br>
One Logan Square<br>
130 North 18th Street<br>
Philadelphia, PA 19103<br>
Phone: (215) 569-5500<br>
Fax: (215) 569-5555

PMC hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned

attorney with copies of all pleadings, notices and other filings made in this case, including, without limitation, notices regarding and (if applicable) copies of any hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed. The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

BLANK ROME LLP

Date: June 16, 2022

By:_____
Francis X. Crowley
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500
Frank.Crowley@BlankRome.com
*Attorneys for Respondent, PennyMac Loan Services, LLC*

# CERTIFICATE OF SERVICE

I, Francis X. Crowley, Esquire, hereby certify that on June 16, 2022, I caused a copy of the Notice of Appearance to be served via the Courts ECF system.

**BLANK ROME LLP**

Date: June 16, 2022
By: _____
Francis X. Crowley
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5500
Frank.Crowley@BlankRome.com
*Attorneys for Respondent, PennyMac Loan Services, LLC*