# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: Regina M. Dreher | : | CHAPTER 13 |
| --- | --- | --- |
| Debtors. | : | 18-03124-MJC |
| Regina M. Dreher | : | |
| Movant, | : | |
| v. | : | 11 U.S.C. §105 |
| PennyMac Loan Services, LLC | : | |
| Respondents | : | |

## WITHDRAWAL OF MOTION TO COMPEL ACCOUNTING

To the Clerk of the Bankruptcy Court:

    Kindly withdraw Debtor's Motion without prejudice.

    Counsel for Respondent concurs with this withdrawal.

Date: July 19, 2022

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-420-7431
Attorney for Debtor