United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 18-03124-MJC

Regina M Dreher                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 19, 2023      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina M Dreher, 1101 Fairyland Road, Lehighton, PA 18235-9064 |
| 5088978 | + | Berkheimer Tax Administrator, 50 North 7th Street, Bangor, PA 18013-1731 |
| 5088980 | + | Blue Ridge Communications, 613 3rd St, Palmerton, PA 18071-1520 |
| 5088981 | | Borough of Lehigton, 1 Constitution Avenue, Lehighton, PA 18235 |
| 5088982 | + | Donegal Insurance, 1195 River Rd, Marietta, PA 17547-1638 |
| 5088983 | + | First Commonwealth Fcu, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 5348067 | + | First Commonwealth Federal Credit Union, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 5088985 | + | Hamilton Law Group, Po Box 90301, Allentown, PA 18109-0301 |
| 5088986 | + | Lehighton Area School District, 171 S 4th Street, Lehighton, PA 18235-2035 |
| 5088987 | | PNC, 300 Fifth Avenue. The Tower at PNC Plaza, Pittsburgh, PA 15222 |
| 5088991 | + | UGI, P.O. Box 15503, Wilmington, DE 19886-0001 |
| 5088993 | | Wells Fargo, Credit Bureau Dispute Resoluti Po Box 14, Des Moines, IA 50306 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFFC2 | Oct 19 2023 22:37:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 5088977 | + | Email/Text: bankruptcy@ldf-holdings.com | Oct 19 2023 18:40:00 | Amplify Funding, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 5099178 | + | EDI: BANKAMER2.COM | Oct 19 2023 22:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5088979 | + | EDI: BANKAMER.COM | Oct 19 2023 22:37:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 5115501 | | Email/Text: Check.bksupport@globalpay.com | Oct 19 2023 18:40:00 | GLOBAL PAYMENTS CHECK SERVICES, PO BOX 661158, CHICAGO, IL 60666-1158 |
| 5088984 | | Email/Text: Check.bksupport@globalpay.com | Oct 19 2023 18:40:00 | Global Payments Check, Po Box 59371, Chicago, IL 60659 |
| 5138907 | | EDI: IRS.COM | Oct 19 2023 22:37:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5093981 | | EDI: PENNDEPTREV | Oct 19 2023 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5093981 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2023 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5111169 | + | Email/PDF: ebnotices@pnmac.com | Oct 19 2023 18:42:16 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5088988 | + | Email/PDF: ebnotices@pnmac.com | Oct 19 2023 18:42:16 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5088989 | + | Email/Text: bankruptcy@ldf-holdings.com | Oct 19 2023 18:40:00 | Radiant Cash, P.O Box 1183, Lac Du Flambeau, WI 54538-1183 |
| 5088990 | | EDI: TDBANKNORTH.COM | Oct 19 2023 22:40:00 | TD Bank, 1701 Marlton Pike E, Cherry Hill, NJ 08034 |
| 5091631 | | Email/Text: bkrcy@ugi.com | Oct 19 2023 18:40:00 | UGI Utilities Inc, PO Box 13009, Reading PA 19612 |
| 5088992 | + | EDI: WFFC.COM | Oct 19 2023 22:40:00 | Wells Fargo, Po Box 5156, Sioux Falls, SD 57117-5156 |
| 5100646 | | EDI: WFFC2 | Oct 19 2023 22:37:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5108648 | | EDI: WFFC2 | Oct 19 2023 22:37:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | * | First Commonwealth Federal Credit Union, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis X. Crowley | on behalf of Creditor PENNYMAC LOAN SERVICES LLC frank.crowley@blankrome.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| Joshua Andrew Gildea | on behalf of Creditor First Commonwealth Federal Credit Union jgildea@flblaw.com ccharlton@flblaw.com |

| | | |
|---|---|---|
| Patrick James Best | | on behalf of Plaintiff Regina M Dreher patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | | on behalf of Debtor 1 Regina M Dreher patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Regina M Dreher**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6581<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–03124–MJC | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Regina M Dreher
> aka Regina Marie Helen Dreher, aka Regina Dreher

10/19/23

**By the court:**

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**